## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____

In re:  Jane Mary Harrington                     Case No.   23-11559-CJP

        Debtor(s)                             Chapter   13

_____

### MOTION TO APPROVE POST CONFIRMATION AMENDED CHAPTER 13 PLAN

Now comes the debtor pursuant to 11 U.S.C. § 1329(a)(1) and respectfully requests the Court to approve the debtor's Post Confirmation Amended Chapter 13 Plan.

WHEREFORE, the debtor requests the Court to approve her Post Confirmation Amended Chapter 13 Plan.

Respectfully submitted,

Jane Mary Harrington,

By her attorney,

/s/ Steven Striffler
Steven R. Striffler
BBO No. 664224
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169
(617) 290-1573
steve@strifflerlaw.com

Date: January 5, 2026.