# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>HARRINGTON, Jane M<br>　　　　　　　　Debtor(s) | Chapter 13<br>Case No. 23-11559-CJP |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

　　　Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on September 26, 2023.
2. On November 9, 2023, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On January 5, 2026, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
4. The Plan proposes a "pot" of $23,863.64 to general unsecured claims totaling $106,996.98, which is decreased from the confirmed plan. In December of 2023, the Trustee had an objection pending to a prior plan. The Trustee agreed to the filing of a further amended plan with a "pot" of no less than $38,000.00. This was based on the Debtor earning less in commissions. According to Form 22C the Debtor would be required to pay $79,183.00. Because of the Trustee's agreement, the Debtor filed an amended plan with a "pot" of $38,498.02 which was confirmed April 29, 2024.
5. The Debtor has filed an amended Schedule I showing her income has increased, not decreased but filed an amended plan reducing the "pot" to $23,853.64. The Plan fails to satisfy the best efforts test set forth in 11 U.S.C. §1325(b)(1)(B) as the Debtor is not paying what Form 22C required and has not provided any basis to reduce payments to creditors.
6. The Plan is not fled in good faith. The Debtor is required to pay all projected disposable income for 60 months, and with the increased income needs to increase the payments.

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 1/12/26

        Respectfully submitted,

        By: /s/ Carolyn Bankowski
        Carolyn Bankowski, BBO#631056
        Patricia A. Remer, BBO#639594
        Standing Chapter 13 Trustee
        PO Box 8250
        Boston, MA  02114
        (617) 723-1313
        13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE<br>HARRINGTON, Jane M<br>　　　　　　　　　Debtor(s) | Chapter 13<br>Case No. 23-11559-CJP |

**Certificate of Service**

The undersigned hereby certifies that on _1/12/26, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

Jane M Harrington
145 Newbury Avenue, #16
Quincy, MA  02171

Steven Striffler, Esquire
21 McGrath Highway, Ste. 301
Quincy, MA 02169

/s/ Carolyn Bankowski